PAR4.22.25
RS/PEB USAO No: 2025R00085

USDC- BALTIMORE
'25 APR 23 PM 4:16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONALD ROBERT WILT EDWARDS, SR.,<br><br>Defendant. | CRIMINAL NO. JRR 25 cr 123<br><br>(Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Forfeiture, 18 U.S.C. § 2253, 21 U.S.C. § 853, 28 U.S.C. § 2461) |

## INDICTMENT

### COUNT ONE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

On or about June 13, 2024, in the District of Maryland, the defendant,

**DONALD ROBERT WILT EDWARDS, SR.,**

did knowingly attempt to and did employ, use, persuade, induce, entice and coerce a prepubescent minor male to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce, that is, a video file that depicts an adult male masturbating the penis of a prepubescent child, said video file having been stored in the Kik Messenger account associated with email address robertwilt154@gmail.com.

18 U.S.C. § 2251(a)

1

## COUNT TWO
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about June 13, 2024, in the District of Maryland, the defendant,

**DONALD ROBERT WILT EDWARDS, SR.,**

did knowingly attempt to and did employ, use, persuade, induce, entice and coerce a prepubescent minor male to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce, that is, an image file that depicts a prepubescent male with his genitals exposed and displayed in a lascivious manner, said image file having been stored in the Kik Messenger account associated with email address robertwilt154@gmail.com.

18 U.S.C. § 2251(a)

## COUNT THREE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about June 13, 2024, in the District of Maryland, the defendant,

**DONALD ROBERT WILT EDWARDS, SR.,**

did knowingly attempt to and did employ, use, persuade, induce, entice and coerce a prepubescent minor male, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce, that is, an image file that depicts an adult male placing his penis against the buttocks of a prepubescent male, said image file having been stored in the Kik Messenger account associated with email address robertwilt154@gmail.com.

18 U.S.C. § 2251(a)

## COUNT FOUR
(Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about June 13, 2024, in the District of Maryland, the defendant,

**DONALD ROBERT WILT EDWARDS, SR.,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction being of such conduct, that is, a video file that depicts an adult male masturbating the penis of a prepubescent child.

18 U.S.C. § 2252A(a)(2) & 2256

## COUNT FIVE
(Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about June 13, 2024, in the District of Maryland, the defendant,

**DONALD ROBERT WILT EDWARDS, SR.,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction being of such conduct, that is, an image that depicts the exposed penis of a prepubescent male.

18 U.S.C. § 2252A(a)(2) & 2256

## COUNT SIX
(Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about June 13, 2024, in the District of Maryland, the defendant,

**DONALD ROBERT WILT EDWARDS, SR.,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction being of such conduct, that is, an image that depicts an adult male placing his penis against the buttocks of a prepubescent male.

18 U.S.C. § 2252A(a)(2) & 2256

## COUNT SEVEN
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 9, 2024, in the District of Maryland, the defendant,

**DONALD ROBERT WILT EDWARDS, SR.,**

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed a Motorola G Power 5G, Android ID 2eede53b01b9b0f8, which contained one or more visual depictions of a prepubescent minor engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. of Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c) as a result of the defendant's conviction under any of the offenses set forth in Counts One through Four of this Indictment.

2. Upon conviction of any of the offenses in Counts One through Seven of this Indictment, the defendant,

**DONALD ROBERT WILT EDWARDS, SR.,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

   a. any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110;

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

   a. Motorola G Power 5G, Android ID 2eede53b01b9b0f8.

### Substitute Assets

5. If the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;

8

  c. has been placed beyond the jurisdiction of the Court;
  d. has been substantially diminished in value; or
  e. has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Kelly O. Hayes /rs*
Kelly O. Hayes
United States Attorney

A TRUE BILL

SIGNATURE REDACTED
Foreperson

Date: April 23, 2025